IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 24-61817-CIV-SMITH/HUNT

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

Plaintiff,

-against-

TREBOR USA CORP., COLT TRUCK CARE,
LLC, AND WHOLESALE BUILDING
PRODUCTS, LLC,

Defendants.

**JOINT MOTION FOR APPROVAL
AND ENTRY OF CONSENT DECREE**

Pursuant to Fed. R. Civ. P. 7(b)(1) and 65(d), Plaintiff, U.S. Equal Employment Opportunity Commission ("EEOC"), and Defendants, Trebor USA Corp., Colt Truck Care, LLC, and Wholesale Building Products, LLC ("Defendants"), by and through counsel, respectfully and jointly request that this Court approve and enter the attached Consent Decree.

1.    EEOC is the federal agency responsible for enforcing federal laws prohibiting employment discrimination.

2.    EEOC filed this action on September 30, 2024, alleging violations of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et. seq.* ("Title VII"), to correct purported unlawful national origin and race-based employment practices and to provide appropriate relief to Charging Party, Rafael Pintos, and a class of other aggrieved Hispanic and/or Black employees who were adversely impacted by such practices.  [ECF No. 1].

Case No. 24-61817-CIV-SMITH/HUNT

3.      Defendants filed their Answer and Affirmative Defenses on October 29, 2024, [ECF No. 10], and Amended Affirmative Defenses on December 9, 2024, [ECF No. 20], denying the allegations asserted in the Complaint.

4.      As a result of having engaged in comprehensive settlement negotiations, the parties have agreed to resolve this action in the terms reflected in the attached Consent Decree.  *See* Exhibit "A," attached hereto.

5.      The parties request that the Court approve and execute the attached Consent Decree. The Consent Decree conforms to Fed. R. Civ. P. 65(d) because it states the reasons for its issuance; sets forth the specific terms with which the parties must comply; and describes in detail the acts restrained and required.

6.      The Court's entry of the Consent Decree will resolve all claims asserted by EEOC against Defendants in this case.

7.      Finally, the parties respectfully request that the Court retain jurisdiction to enforce the terms of the Consent Decree.  Each party has agreed to bear its own attorneys' fees and costs incurred in this matter except as otherwise agreed upon by the parties.

**WHEREFORE**, for the foregoing reasons, the parties respectfully request that this Court grant this Joint Motion for Approval and Entry of Consent Decree; enter the attached Consent Decree; retain jurisdiction to enforce the terms of the Consent Decree, and enter any and all further relief this Court deems equitable and just.

Dated this 15th day of April 2025.

Case No. 24-61817-CIV-SMITH/HUNT

Respectfully submitted,

*Attorneys for Plaintiff EEOC*

*/s/ Kristen M. Foslid*
KRISTEN M. FOSLID
Regional Attorney
Florida Bar No. 0688681

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Miami District Office
100 S.E. 2nd Street
Suite 1500
Miami, Florida 33131
Tel.: (786) 648-5843
Fax: (305) 808-1835
*Kristen.Foslid@eeoc.gov*

*Attorneys for Defendants*

*/s/ Scott S. Allen*
SCOTT S. ALLEN
Florida Bar No. 143278
*scott.allen@jacksonlewis.com*

Ranjiv Sondhi
Florida Bar No. 105581
*ranjiv.sondhi@jacksonlewis.com*

JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida 33131
Tel.: (305) 577-7600

Lindsey White
(Admitted *Pro Hac Vice*)
Maryland Bar ID: 0803170001
*lindsey.white@jacksonlewis.com*

JACKSON LEWIS, P.C.
2800 Quarry Lake Drive, Suite 200
Baltimore, MD 21209
Tel.: (410) 415-2000

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2025 I filed the foregoing document with the Clerk of the

Court by using the CM/ECF system, which electronically sends notices to all counsel of record in

this action.

*/s/ Kristen M. Foslid*
KRISTEN M. FOSLID